No. 04–9093.   RICHARDSON v. RICHARDSON ET AL., 544 U. S. 1038;

No. 04–9812.   LOVE v. RYAN, ACTING WARDEN, 545 U. S. 1143;

No. 04–9858.   CURTO v. EDMONDSON ET AL., 545 U. S. 1133; and

No. 04–10398.   KUCERA v. UNITED STATES, 545 U. S. 1149.   Petitions for rehearing denied.

OCTOBER 6, 2005

No. 05A311.   HOWARD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

OCTOBER 7, 2005

No. 04–10559.   BLAZEVICH v. UNITED STATES.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 46.

OCTOBER 11, 2005

No. 05–309.   NEW YORK DEPARTMENT OF TRANSPORTATION v. NEWSDAY, INC.   Ct. App. N. Y.   Certiorari dismissed under this Court's Rule 46.

No. 04–1387.   TUGMAN v. UNITED STATES.   C. A. 11th Cir.

No. 04–1467.   ROMAN-ROMAN v. UNITED STATES.   C. A. 10th Cir.

No. 04–9748.   BRITT v. UNITED STATES.   C. A. 11th Cir.